| | | | |
|---|---|---|---|
| Pelzer v. Fannick | 2165 MDA 2015<br>Quashed | 09/16/2016 | 12727–2009<br>(Luzerne) |
| Com. v. Haviland | 2184 MDA 2015<br>Affirmed | 09/16/2016 | CP–54–CR–0000218–<br>2011<br>(Schuylkill) |
| Bowser v. Bebout | 2191 MDA 2015<br>Affirmed | 09/16/2016 | 789 CV 2013<br>(Tioga) |
| Com. v. Davis | 31 MDA 2016<br>Affirmed | 09/16/2016 | CP–41–CR–0000303–<br>2015<br>(Lycoming) |
| Com. v. Greene | 81 MDA 2016<br>Affirmed | 09/16/2016 | CP–38–CR–0000977–<br>2011<br>CP–38–CR–0000980–<br>2011<br>(Lebanon) |
| Com. v. Page | 204 MDA 2016<br>Affirmed | 09/16/2016 | CP–22–CR–0001623–<br>2012<br>(Dauphin) |
| Com. v. Grems | 221 MDA 2016<br>Affirmed | 09/16/2016 | CP–35–CR–0001058–<br>2015<br>(Lackawanna) |
| In re Change of Name of D.J.G. | 271 MDA 2016<br>Affirmed | 09/16/2016 | CI–15–02812<br>(Lancaster) |
| Com. v. Richardson | 1414 WDA 2014<br>Affirmed | 09/16/2016 | CP–02–CR–0015188–<br>2009<br>(Allegheny) |
| Com. v. Kitko | 977 WDA 2015<br>Vacated and<br>Remanded | 09/16/2016 | CP–17–CR–0000501–<br>2010<br>(Clearfield) |
| In re Estate of Abbott; Appeal of Abbott | 1071 WDA 2015<br>Affirmed | 09/16/2016 | O.C. No 2011–143<br>Estate No. 10–12–0709<br>(Butler) |
| In re Estate of Abbott; Appeal of Neal | 1155 WDA 2015<br>Affirmed | 09/16/2016 | O.C. No. 2011–143<br>(Butler) |
| Com. v. Goehring | 1394 WDA 2015<br>Affirmed | 09/16/2016 | CP–63–CR–0000897–<br>2014<br>(Washington) |
| Com. v. Grooms | 2305 EDA 2015<br>Affirmed | 09/19/2016 | CP–51–CR–0007923–<br>2014<br>(Philadelphia) |
| Com. v. Santos | 2503 EDA 2015<br>Affirmed | 09/19/2016 | CP–51–CR–0015316–<br>2013<br>(Philadelphia) |
| Schwenksville Farm v. Mendelson Family Trust | 3245 EDA 2015<br>Quashed | 09/19/2016 | No. 2015–13113<br>(Montgomery) |
| Deustche Bank National Trust Company v. Bey [21] | 3329 EDA 2015<br>Affirmed | 09/19/2016 | No. 1662 CV 2013<br>(Pike) |

**21.** Petition for reargument denied November 28, 2016.